# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PONZIANI, DAVID M | § | Case No. 12-39687 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> CLERK OF THE COURT
> 219 South Dearborn
> Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 03/20/2015 in Courtroom ,

> Joliet City Hall
> 150 West Jefferson, 2nd Floor
> Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/17/2015          By: CLERK OF THE COURT


*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
PONZIANI, DAVID M § Case No. 12-39687
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 12,000.00 |
| and approved disbursements of | $ | 3,325.71 |
| leaving a balance on hand of[1] | $ | 8,674.29 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou, Trustee | $ 1,630.00 | $ 0.00 | $ 1,630.00 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 45.95 | $ 0.00 | $ 45.95 |
| Accountant for Trustee Fees: POPOWCER KATTEN, LTD | $ 857.50 | $ 0.00 | $ 857.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 2,533.45 |
| Remaining Balance | $ 6,140.84 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 3,200.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,857.04 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital Recovery V, LLC | $ 1,491.52 | $ 0.00 | $ 1,491.52 |
| 000002 | eCAST Settlement Corporation, assignee | $ 365.52 | $ 0.00 | $ 365.52 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 1,857.04 |
| Remaining Balance | $ 4,283.80 |

Tardily filed claims of general (unsecured) creditors totaling $ 34,536.24 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 12.4 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Walnut Woods of Sugar Grove Homeowners Assoc. | $ 510.00 | $ 0.00 | $ 63.26 |

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | BMO Harris Bank N.A. | $ 34,026.24 | $ 0.00 | $ 4,220.54 |
| | Total to be paid to tardy general unsecured creditors | | | $ 4,283.80 |
| | Remaining Balance | | | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Peter N. Metrou
                                                                Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 12-39687-BWB
David M Ponziani                                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: ccabrales            Page 1 of 1              Date Rcvd: Feb 17, 2015
                               Form ID: pdf006            Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2015.
```
db              +David M Ponziani,    819 Bellevue,    Oswego, IL 60543-6048
19533229        +Aurora Fin,    24 E. Downers Po Box 301,     Aurora, IL 60507-0301
22206495        +BMO Harris Bank N.A.,     ATTN: BRK-180-RC,    770 N Water St,    Milwaukee WI 53202-0002
19533230        +Bank Of America, N.A.,     450 American St,    Simi Valley, CA 93065-6285
19533231        +Bmo Harris Bank,    770 N Water St,    Milwaukee, WI 53202-0002
19533232        +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
19533233        +Fisher and Shapiro LLC,     2121 Waukegan Rd,    Suite 301,    Bannockbum, IL 60015-1831
19533236       #+M&I Bank FSB,    3993 Howard Hughes Pkwy,     Las Vegas, NV 89169-5967
19533237        +Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
19533238        +Southern Management,     Po Box 149966,    Orlando, FL 32814-8966
19533239        +Walnut Woods HO Assn,     c/o Caruso Mgmt Gp Inc,    27 N Wacker Dr Ste 825,
                  Chicago, IL 60606-2800
21309734        +Walnut Woods of Sugar Grove Homeowners Assoc.,      c/o Keough & Moody, P.C.,
                  1250 E. Diehl Road, Suite 405,    Naperville, IL 60563-9389
20758319         eCAST Settlement Corporation, assignee,     of Chase Bank USA, N.A.,    POB 29262,
                  New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20689830         E-mail/PDF: rmscedi@recoverycorp.com Feb 18 2015 03:02:45      Capital Recovery V, LLC,
                  c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
19533234        +E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2015 03:02:54      Gecrb/Care Credit,
                  950 Forrer Blvd,    Kettering, OH 45420-1469
19533235        +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 18 2015 03:05:55      Kohls/Capone,
                  N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
                                                                                              TOTAL: 3
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2015 at the address(es) listed below:
```
              Gary L Shilts    on behalf of Debtor David M Ponziani gshilts@earthlink.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter N Metrou    on behalf of Trustee Peter N Metrou met.trustee7@att.net,
               met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
              Peter N Metrou    on behalf of Accountant Lois  West met.trustee7@att.net,
               met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
              Peter N Metrou    met.trustee7@att.net,  met.trustee_backup@att.net,pnmlawyer@aol.com,
               pmetrou@ecf.epiqsystems.com
              Richard B Aronow    on behalf of Creditor    BANK OF AMERICA, N.A. raronow@logs.com,
               bk_il_notice@logs.com
                                                                                              TOTAL: 6
```