**UNITED STATES BANKRUPTCY COURT**
NORTHERN  **DISTRICT OF**  ILLINOIS
EASTERN  **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PONZIANI, DAVID M | § | Case No. 12-39687 |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 203,000.00                           Assets Exempt: 4,300.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  6,140.84           Claims Discharged
                                                       Without Payment:  35,866.44

Total Expenses of Administration:  2,659.16

---

3) Total gross receipts of $ 12,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,200.00  (see **Exhibit 2**), yielded net receipts of $ 8,800.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 291,404.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,659.16 | 2,659.16 | 2,659.16 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 7,585.00 | 36,393.28 | 36,393.28 | 6,140.84 |
| **TOTAL DISBURSEMENTS** | $ 298,989.00 | $ 39,052.44 | $ 39,052.44 | $ 8,800.00 |

4) This case was originally filed under chapter 7 on 10/05/2012 . The case was pending for 34 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/09/2015            By:/s/Peter N. Metrou, Trustee
                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 25% interest in real property located at 2437 S Oa | 1110-000 | 12,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 12,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| DAVID M PONZIANI | Exemptions | 8100-000 | 3,200.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 3,200.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aurora Fin 24 E. Downers Po Box 301 Aurora, IL 60507 | | 5,203.00 | NA | NA | 0.00 |
| | Bank Of America, N.A. 450 American St Simi Valley, CA 93065 | | 259,517.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bmo Harris Bank 770 N Water St Milwaukee, WI 53202 | | 26,684.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 291,404.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | 2100-000 | NA | 1,630.00 | 1,630.00 | 1,630.00 |
| PETER N METROU | 2200-000 | NA | 45.95 | 45.95 | 45.95 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 21.69 | 21.69 | 21.69 |
| Associated Bank | 2600-000 | NA | 44.81 | 44.81 | 44.81 |
| CONGRESSIONAL BANK | 2600-000 | NA | 59.21 | 59.21 | 59.21 |
| POPOWCER KATTEN | 3410-000 | NA | 857.50 | 857.50 | 857.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,659.16 | $ 2,659.16 | $ 2,659.16 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kohls/Capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 1,394.00 | NA | NA | 0.00 |
| | Sears/Cbna Po Box 6189 Sioux Falls, SD 57117 | | 144.00 | NA | NA | 0.00 |
| | Southern Management Po Box 149966 Orlando, FL 32814 | | 4,076.00 | NA | NA | 0.00 |
| 000001 | CAPITAL RECOVERY V, LLC | 7100-000 | 1,334.00 | 1,491.52 | 1,491.52 | 1,491.52 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-000 | 422.00 | 365.52 | 365.52 | 365.52 |
| 000004 | BMO HARRIS BANK N.A. | 7200-000 | NA | 34,026.24 | 34,026.24 | 4,220.54 |
| 000003 | WALNUT WOODS OF SUGAR GROVE HOMEOWN | 7200-000 | 215.00 | 510.00 | 510.00 | 63.26 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 7,585.00 | $ 36,393.28 | $ 36,393.28 | $ 6,140.84 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-39687 | BWB | Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- | --- | --- |
| Case Name: | PONZIANI, DAVID M | | | Date Filed (f) or Converted (c): | 10/05/12 (f) |
| | | | | 341(a) Meeting Date: | 11/13/12 |
| For Period Ending: 07/09/15 | | | | Claims Bar Date: | 07/26/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 825 Myers Rd Sugar Grove IL 60554 comps | 200,000.00 | 0.00 | | 0.00 | FA |
| 2. 25% interest in real property located at 2437 S Oa | 40,000.00 | 0.00 | | 12,000.00 | FA |
| 3. cash on hand | 100.00 | 0.00 | | 0.00 | FA |
| 4. Chase bank sole account checking | 200.00 | 0.00 | | 0.00 | FA |
| 5. Chase Bank checking joint with wife | 100.00 | 0.00 | | 0.00 | FA |
| 6. Misc Household goods | 400.00 | 0.00 | | 0.00 | FA |
| 7. nec wearing apparel | 300.00 | 0.00 | | 0.00 | FA |
| 8. Civil Service Retirement System USPS | Unknown | 0.00 | | 0.00 | FA |
| 9. 2000 Ford Ranger | 3,000.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $244,100.00 | $0.00 | | $12,000.00 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST filed TFR 2-13-15 - filed fee apps 2-17-15 hearing 3-20-15

Initial Projected Date of Final Report (TFR): 03/31/14    Current Projected Date of Final Report (TFR): 03/31/15

LFORM1

Ver: 18.04

UST Form 101-7-TDR (10/1/2010) (Page: 7)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-39687 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | PONZIANI, DAVID M | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******4929 Checking Account |
| Taxpayer ID No: | *******3214 | | |
| For Period Ending: | 07/09/15 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/25/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 11,919.10 | | 11,919.10 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 11,909.10 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 17.13 | 11,891.97 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 17.68 | 11,874.29 |
| 09/25/14 | 005001 | DAVID M PONZIANI<br>819 BELLEVUE<br>OSWEGO, IL  60543 | Debtor Exemption | 8100-000 | | 3,200.00 | 8,674.29 |
| 03/26/15 | 005002 | PETER N METROU<br>123 W. WASHINGTON STREET<br>SUITE 216<br>OSWEGO, IL  60543 | Chapter 7 Compensation/Expense | | | 1,675.95 | 6,998.34 |
| | | | Fees          1,630.00 | 2100-000 | | | |
| | | | Expenses        45.95 | 2200-000 | | | |
| 03/26/15 | 005003 | POPOWCER KATTEN, LTD<br>35 EAST WACKER DRIVE<br>SUITE 1550<br>CHICAGO, IL 60601 | Accountant for Trustee Fees (Other | 3410-000 | | 857.50 | 6,140.84 |
| 03/26/15 | 005004 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000001, Payment 100.00000% | 7100-000 | | 1,491.52 | 4,649.32 |
| 03/26/15 | 005005 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Claim 000002, Payment 100.00000% | 7100-000 | | 365.52 | 4,283.80 |
| 03/26/15 | 005006 | Walnut Woods of Sugar Grove Homeowners Assoc.<br>c/o Keough & Moody, P.C.<br>1250 E. Diehl Road, Suite 405 | Claim 000003, Payment 12.40392% | 7200-000 | | 63.26 | 4,220.54 |

Page Subtotals      11,919.10      7,698.56

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 8)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 12-39687 -BWB |
| Case Name: | PONZIANI, DAVID M |
| Taxpayer ID No: | *******3214 |
| For Period Ending: | 07/09/15 |

| | |
|---|---|
| Trustee Name: | Peter N. Metrou, Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******4929 Checking Account |
| Blanket Bond (per case limit): | $ 1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/26/15 | 005007 | Naperville, IL 60563<br>BMO Harris Bank N.A.<br>ATTN: BRK-180-RC<br>770 N Water St<br>Milwaukee WI 53202 | Claim 000004, Payment 12.40378% | 7200-000 | | 4,220.54 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 11,919.10 | 11,919.10 | 0.00 |
| Less: Bank Transfers/CD's | | 11,919.10 | 0.00 | |
| Subtotal | | 0.00 | 11,919.10 | |
| Less: Payments to Debtors | | | 3,200.00 | |
| Net | | 0.00 | 8,719.10 | |

Page Subtotals     0.00     4,220.54

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 9)

FORM 2

Page: 3

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-39687 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | PONZIANI, DAVID M | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0226 Checking Account |
| Taxpayer ID No: | *******3214 | | | |
| For Period Ending: | 07/09/15 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/24/13 | 2 | RICHARD J CALDARAZZO<br>657 WOLVERINE DR.<br>AURORA, IL 60502 | LIQ OF INTEREST IN RE | 1110-000 | 12,000.00 | | 12,000.00 |
| 11/12/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | 10.00 | 11,990.00 |
| 12/15/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 12/13 | 2600-000 | | 12.32 | 11,977.68 |
| 02/06/14 | 001001 | INTERNATIONAL SURETIES, LTD<br>SUITE 420<br>701 POYDRAS ST.<br>NEW ORLEANS, LA 70139 | BOND PREMIUM 016026455 | 2300-000 | | 21.69 | 11,955.99 |
| 02/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | 12.71 | 11,943.28 |
| 02/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | 12.72 | 11,930.56 |
| 03/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | 11.46 | 11,919.10 |
| 03/25/14 | | Trsf To Associated Bank | INITIAL WIRE TRANSFER IN | 9999-000 | | 11,919.10 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 12,000.00 | 12,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 11,919.10 | |
| Subtotal | 12,000.00 | 80.90 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 12,000.00 | 80.90 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********4929 | 0.00 | 8,719.10 | 0.00 |
| Checking Account - ********0226 | 12,000.00 | 80.90 | 0.00 |
| | ----------------- | ----------------- | ----------------- |
| | 12,000.00 | 8,800.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     12,000.00     12,000.00

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Page: 4

Exhibit 9

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-39687 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | PONZIANI, DAVID M | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0226 Checking Account |
| Taxpayer ID No: | *******3214 | | | |
| For Period Ending: | 07/09/15 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account - ********4929 | | | | |
| | | | Checking Account - ********0226 | | | | |

|  |  |  |  | Page Subtotals | 0.00 | 0.00 |  |

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*